UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TYLER R. SCOTT,**

    **Plaintiff,**

v.                                          Case No. 3:23cv8882-TKW-HTC

**CORY SETTELMIRE,
HEVEN TROPOLI,
CEURRA ALLEN,**

    **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice because Plaintiff failed to fully disclose his ligation history, *see* 28 U.S.C. §§1915A(b)(1), 1915(e)(2)(B)(i); *Burrell v. Moore*, 854 F. App'x 624 (11th Cir. 2021), and because he is a three-strike inmate who initiated this case without paying the filing fee, *see* 28 U.S.C. §1915(g). Accordingly, it is

    **ORDERED** that

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case DISMISSED without prejudice under 28 U.S.C. §1915A(b)(1), §1915(e)(2)(B)(i), and §1915(g).

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 26th day of May, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case No. 3:23cv8882-TKW-HTC